IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 11-1348 |
| | ) |
| HOLLY C. SPENCER | ) |
| | ) |
| Defendant. | ) |

## CONSENT JUDGEMENT

Plaintiff, United States of America on behalf of the Social Security Administration (SSA)

(hereinafter "United States"), having filed its Complaint at the above Civil Action number against

Defendant, Holly C. Spencer (hereinafter "Defendant"); Defendant having consented to the making

and entry of this Consent Judgment without further court proceeding or trial; and thus, both parties

agree as follows:

1.     This Court has jurisdiction over the subject matter of this litigation pursuant to 31

U.S.C. § 3729 and over all parties thereto.

2.     Defendant received a copy of the Complaint and Summons filed in this action and

Defendant acknowledges such receipt.

3.     The loss to the government as set forth in Counts One through Four of the Complaint

is in the amount of $19,912.00.

4.     Defendant hereby agrees to the entry of a consent judgment in the sum of $19,912.00,

inclusive of principal, cost of investigation, and interest to the date of entry of this "Consent

Judgment," plus interest at the legal rate thereafter until paid in full. Defendant agrees to monthly

installments in the minimum amount of $50.00, on the fifteenth (15) day of each month, beginning on June 15, 2012, and continuing until the debt is paid in full. Payment will be made by check or money order made payable to the "Department of Justice" and mailed to:

**U. S. Department of Justice**
**Nationwide Central Intake Facility**
**P. O. Box 790363**
**St. Louis, MO 63179-0363**

Defendant will receive a payment coupon each month; in the event a payment coupon is not received, payment is still due as described above. Defendant will include the account number on each payment.

5. The United States will record a judgment lien in all jurisdictions where it is determined by the United States that Defendant owns real or personal property to secure payment of this judgment debt. Should Defendant default on the terms of this Consent Judgment, as explained in Paragraph 8, the United States may execute on any property in which the Defendant has an interest. Should the United States execute on any property, the net proceeds, if any, from the sale of the property will be used to satisfy a portion or all of this judgment debt.

6. Defendant hereby agrees that the United States must be notified and agree to the terms of any sale of real estate belonging to Defendant. Proceeds from any sale of real estate may be credited to satisfy a portion or all of this judgment debt.

7. Defendant shall submit a completed financial statement and copies of her federal income tax returns to the Financial Litigation Unit, Attention: Lee Karl, U.S. Attorney's Office, Western District of Pennsylvania, 700 Grant Street, Suite 4000, Pittsburgh, Pennsylvania 15219, on the anniversary date of this judgment, each year this judgment remains outstanding. Defendant

- 2 -

further agrees to notify the United States Attorney's Office within thirty (30) days of any change of address or employment until the judgment debt is paid in full.

8.     In the event Defendant defaults on either the payment of any installment or the yearly submission of the financial statement and tax returns, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to the defendant. Defendant is in default of this Consent Judgment if any payment or the yearly submission of the financial statement and tax returns is more than thirty (30) days late.

9.     Notice of Default pursuant to paragraph 8 shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by the Defendant.

10.     Additionally this debt will be referred to the United States Department of the Treasury for the purpose of collecting the debt through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of eligible Federal payments by the amount of the debt due, including but not limited to federal tax refunds, stimulus payments, and the like. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code.

11.     The parties consent to entry of this judgment order pursuant to 28 U.S.C. § 636(c). The Court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

DATE: 4/24/12

HOLLY C. SPENCER
460 Orchard Avenue
Pittsburgh, PA 15202

DATE: 27 APRIL 2012

PAUL E. SKIRTICH
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Postal Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
(412) 644-6995 - fax
Paul.Skirtich@usdoj.gov
PA ID No. 30440

SO ORDERED, this 3rd day of May, 2012.

_____, C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge